IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KENNETH CARLBORG,

                Plaintiff,                    ORDER

  v.

                                            11-cv-686-slc

PAUL ROGERS KENNEDY,

                Defendant.

---

On October 6, 2011, plaintiff Kenneth Carlborg filed a proposed complaint. Plaintiff has neither paid the $350 filing fee nor submitted the paperwork necessary to support a determination that he is entitled to proceed without prepaying the filing fee. This court can take no action in this case until he makes one of these submissions.

ORDER

IT IS ORDERED that plaintiff Kenneth Carlborg may have until November 1, 2011, in which to submit the $350 filing fee for this lawsuit or to submit the enclosed motion to proceed *in forma pauperis* and financial affidavit. If, by November 1, 2011, plaintiff fails to submit his $350 payment or the motion for leave to proceed *in forma pauperis* and financial affidavit, I will assume that he wishes to withdraw this action voluntarily. In that event, the clerk of court is directed to close this case without prejudice to plaintiff's filing his case at a later date.

Entered this 11th day of October, 2011.

                                        BY THE COURT:

                                        /s/

                                        STEPHEN L. CROCKER
                                        Magistrate Judge