IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KENNETH CARLBORG,

    Plaintiff,

v.

PAUL ROGERS KENNEDY,
COMPASS LAW GROUP and
CENTER FOR LEGAL JUSTICE,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-686-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

_____       6/25/12
Peter Oppeneer, Clerk of Court            Date